Exhibit
1

# PEO Quick Guide

November 2026 General Election

Name: ______________________________




Alexander F. Linser, Chair
Alex M. Triantafilou
Charles H. Gerhardt III
Joseph L. Mallory
Sherry L. Poland, Director of Elections
Raquel D. Burgos, Deputy Director of Elections
4700 Smith Road
Cincinnati, OH 45212
513 946-8500

*Revised on 9/22/26*

# Table of Contents and Phone Numbers


1 **Election Day: The Big Picture**
Your job, expectations, and other things to know about the election

7 **Monday Night: 6:30pm**
Everything you do on Monday Night

15 **Tuesday Morning: 5:30am**
Getting ready to open polls by 6:30am

20 **VAT ePB vs. Regular ePB**
Learning which tool to use for processing voters

21 **Regular Voters**
What they are and how to process them

23 **Voting at the Access Station**
How to assist a voter who wants to use the Access Station

24 **Manual Voter Search**
Locating a Voter

25 **Special Designations**
Messages on the ePB screen

26 Provisional Voters
Processing provisional voters

29 **Void Ballot Process**
How to void a ballot

30 **Tuesday Night - 7:30 pm**
Close polls checklist

31 **Close Polls and Take Down Election Equipment**
How to break down equipment and close polls on voting equipment

36 **Ballot Accounting and ePB Takedown**
How to perform ballot accounting

38 **Packing Up Materials**
Packing up and heading home

40 **ePB Check-in Buttons**
What button to press when checking voters in

41 **Index**
List of important words and phrases with page numbers

42 **Troubleshooting Tips**
How to handle technical issues on Election Day

44 **Practice Worksheet**
Crossword Puzzle, Word Search, Connect the Dots, answers to Quick Review Questions


## Who to Call

**513-946-8585** **Help Desk**
missing supplies, procedural problems, questions

**513-946-8516** **Polling Place**
**513-946-8522** can't get in, can't find equipment, electrical power issues

**513-946-8541** **PEOs**
**513-946-8542** Saturday supply pick-up, missing workers, PEO issues

**513-946-8500** **Where to Vote**
*Press 1*

# Election Day: The Big Picture

## Precinct Election Officials (PEOs)

Precinct Election Officials (PEOs) work to process voters at the correct polling location and provide them with the correct precinct ballot. PEOs work together to ensure election laws are followed and every voter has access to a fair and secure voting process.

There are different PEO positions: the Voting Location Manager (VLM), Voting Location Deputy (VLD), and the PEOs. The VLM is the team leader, and the VLD is a member of the opposite party who is second in command. VLMs should refer to their VLM packets for specific information about their role and responsibility. PEOs are assigned by party. Some are Republicans, some are Democrats, and some PEOs are non-affiliated.

Don't forget! The VLM and VLD must ride together in the same car on Election Night to the drop-off location with the **red**, **white**, and **blue**.

A diversity of political affiliations (Democrat, Republican, or Unaffiliated) is required at the polling locations when handling ballots and voting equipment.

## Polling Location

Each polling location is provided with the following materials:

- at least two ePollBooks (ePBs)
  - one Voter Assistance Table (VAT) ePB
  - check-in ePB(s)
- Vscan(s)
- Voting Booths
- Access Station with Ballot Printer
- Find Voters List
- **Campaign Neutral Zone** marked with provided flags
- Other signage, handouts, and materials

Check out page 4 for details!

## Precincts

All polling locations have at least one precinct, but some have more than one. Each precinct at a polling location is provided with the following materials:

- Ballots
- Provisional Ballot Affirmation Envelopes
- Unscanned Envelopes
- Split materials (if applicable)
- Write-in Candidates List in envelope (if applicable)
- Other Documents & materials (if applicable)

These are specific to each precinct!

## Ethics and Professionalism

**You should never display, wear, or say any type of statement which may be political in nature.**

You should always treat your fellow PEOs & voters in a professional manner. Listen to them, allow them personal space, work efficiently, and resolve problems quickly, efficiently, and respectfully so that voters can vote with ease and confidence.

Remember you are working as part of a team! Teamwork is the combined efforts, or the actions of a group, to achieve a common purpose or goal. For PEOs on Election Day, the result is a fairly conducted election where all voters can exercise their fundamental right to vote.

Good Teamwork Skills:

- Respect for all individual contributions
- Clear communication
- Consensus building

The Result: the VLM and all PEOs at a location know at the end of the day they all contributed to a successful voting experience for the voters in their precinct(s).

You are at the frontlines of our democracy, use the PEO *Quick Guide*, the *Comprehensive Manual*, the *Provisional Voting Booklet*, and the Help Desk. Always ask for help when you need it.

Keep your phone on in case the Board calls you, but don't utilize any electronics for personal use on Election Day. This includes radios, laptops, tablets, music players, and other personal devices.

## People in the Polling Locations

The following individuals are always permitted in the polling location:

- Voters, their minor children, and a person assisting a voter
- Election officials and BOE staff with credentials
- People reviewing the 6:30 am, 11 am, and 4 pm *List of Voters*
- Appointed Observers with Certificate of Appointment
- Police officers
- **Media, with credentials, however they cannot film a voter's ballot or broadcast live from inside the voting area**
  - If you have questions about media access or the media requests an interview, **call the Help Desk**. You are not to represent the Board on Election Day.

The following individuals are not permitted in the polling location:

- Candidates and campaign workers
- Exit Pollsters- are permitted within campaign neutral zone but are not allowed inside the polling place
- Persons collecting petition signatures
- Persons/groups distributing food
- Uncredentialed observers

## De-escalation Tips

Take a breath and pause. The first 10 seconds of a situation is the most critical.

If a voter approaches you with concerns, do the following:

- Listen to the voter's concerns and questions
- Let the voter speak without interruption
- Watch your posture - hands should be off hips and arms uncrossed
- Use positive language and empathize - you do not need to agree with them, but be understanding: "I want to help you"; "I'll ask my manager for assistance"

## Observers

Observers may be appointed by political parties, a group of candidates, or a committee advocating or opposing a ballot issue or question to observe the casting and counting of ballots at one or multiple precincts on Election Day.

> Observers are not election officials, enforcers of the law nor are they advocates for voters before precinct election officials.

All observers *must* present a **Certificate of Appointment** to the VLM or VLD. Then, the VLM/VLD must administer the oath and have the observer sign the *Observers signature page* in the *Forms Binder*.



Form No. 215-B Prescribed by the Secretary of State (09-17)

**Certificate of Appointment of Observer**

**at Precincts on Election Day**

R.C. 3505.21

*print clearly*

This certificate must be presented to the appropriate election official at the time of observation.

**We, the appointing authority** Required

*You must choose ONE of these options.*

Today's Date ____ MM/DD/YYYY

☐ The Central Committee Chairperson and Secretary of the ____ (Name of County or State) ____ (Name of Political Party) Party,

REQUIRED signatures of party Central Committee Chairperson **AND** Secretary

Chairperson ____ Secretary ____ **OR**

☐ The undersigned group of five or more candidates,

REQUIRED **ALL** signatures of members of group of five or more candidates

**OR**

☐ The undersigned duly recognized committee ____ ("Supporting" or "Opposing")

the following ballot issue ____ (Name of Ballot Issue)

____ (Name of Committee if Applicable)

REQUIRED signatures of **ALL** members of duly recognized committee supporting or opposing a ballot issue

hereby appoint the following person(s) ____ (Name(s) of Observer(s))

to observe in ____ (Name of County) County *at precint* ____ (Name of Precinct)

for the election to be held on

Date of Election ____ MM/DD/YYYY

**WHOEVER COMMITS ELECTION FALSIFICATION IS GUILTY OF A FELONY OF THE FIFTH DEGREE.**

## Observer Oath:

You do solemnly swear that you will faithfully and impartially discharge the duties as an official observer, assigned by law; that you will not cause any delay to persons offering to vote; and/or that you will not disclose or communicate to any person how any elector has voted at such election.

## Observers can:

- Be in the polling location before, after, and during hours of voting as long as PEOs are present.
- Use electronic communication devices or any audio/visual recording device as long as they do not impede, interfere with or disrupt an election, or in any way intimidate the voter or risk violating the secrecy of the ballot or voter privacy. Device must be silenced, it can be used to send/receive text messages, and emails and other non-verbal communications but observer must leave polling place to have audible conversations regarding the election or perceived problems.
- Move freely in the polling place to the extent that they do not engage in prohibited activity.
- Only observe in the precinct to which they are duly appointed (displayed on certificate).

## Observers cannot:

- Interfere with election officials completing their official duties.
- Use any electronic or communication device including cell phone in any manner that causes a disruption or to discuss the election within the polling place or to take photographs, videos or to record any conversations inside the polling place.
- Handle any election materials.
- Engage in any kind of election campaigning.
- Hinder or delay a voter in reaching or leaving the polling place.
- Impede, interfere with, or disrupt the election in some manner.
- Intimidate, harass, or attempt to influence voters or precinct election officials.
- Carry a firearm or other deadly weapon.
- Risk violating the secrecy of the ballot or the privacy of voters.

## Removing Observers:

Only VLM, Director, Deputy Director, and appointed authorities have the authority to remove observers from their posts. Law enforcement officials have the statutory duty to remove observers at the order of one of the above. When removed, the observer may be requested to turn in their certificate of appointment. Always call the Help Desk prior to removing any observer.

> Observers are not election officials, enforcers of the laws nor are they advocates for voters before precinct election officials.

## Campaign Neutral Zone

**Voters** may bring voting materials into the polling location to help them vote. However, within 100 feet of the front door to the polling location, there is a campaign neutral zone. The No Campaigning signs and US Flags should be placed as close to 100 feet from the entrance as reasonably possible.

Scan to watch how to measure the 100 ft!

Within this zone, there should not be:

- Attire/paraphernalia displaying the name of a political party
- Attire/paraphernalia displaying the name of a candidate on the ballot
- Attire/paraphernalia demonstrating support or opposition to a ballot issue or question

If the voter refuses to remove or cover prohibited campaign attire, the voter must be allowed to vote if the voter is entitled to do so.

Even though particular attire may be viewed by some as a political statement, if it does not include the name of a candidate on the ballot or political party, or advocate for or against a ballot issue/question, it should be allowed. School spirit clothing does not generally explicitly advocate for or against the passage of a school levy.

The premises outside the Campaign Neutral Zone should be available to all citizens exercising their first amendment rights. All campaigners must be treated with respect, regardless of viewpoint.

If you have any questions, call the Help Desk.

**PEOs** are held to a higher standard and should never display attire that could be portrayed as political in nature.

## Election Security at the Polls

Ballots cast into the Vscan are recorded on secure vDrives. These vDrives are tabulated at the Board on Election Night. All information on the vDrives are backed up by the voted paper ballots. The Board conducts audits after each election, and PEOs are assigned by both the Democratic and Republican parties.

> The Vscan and Access Station are not connected to the internet.

To ensure the election is secure at the polling location, do the following:

1. Check all zip tie seals on equipment.
2. Election morning, run a *Zero Report* to show that no ballots were cast on the Vscan prior to 6:30 am when voters arrive.
3. Keep watch over equipment, materials, and supplies on Election Day.
    a. Report suspicious activity.
4. Document any incidents in the *Notes pages* found in the *Forms Binder*.
5. Follow chain of custody procedures.
6. Call 911 if there is an emergency.
    a. The polling location's address is on the back of the VAT and check-in signs.

## Election Security at the Board

The Ohio Secretary of State, working with all Ohio boards, implemented the following security measures:

1. Physical improvements
2. Personnel background checks
3. Secure websites/emails
4. Cyber attack detention and tracking tools
5. Board staff security training

> The Vote Counting Room - where ballots are tabulated - is never connected to the internet.

## Emergency Action Plan

On Monday Night your VLM will review the Emergency Evacuation Procedure with you.

To prepare for an emergency evacuation, do the following:

- On Monday night, locate all exits.
- VLM designates a spot outside as the evacuation meetup area.
- VLM distributes Emergency Action Cards found in the *Special Instructions Bag*.
- Read your card and leave it at the polling location overnight. We don't want you to forget it at home.
- The VLM should keep the red *Emergency Bag* by the VAT at all times.

> If a voter has questions regarding election integrity, refer them to the Ohio Elections are Secure flyer found in the *Administration Bag*

Scan to watch evacuation process!

## Evacuation of the Polling Location

In the event of an emergency evacuation, your safety and the safety of voters is the priority. If it is safe to do so, complete the following steps:

1. VLM follows script on his or her Emergency Action Card to calmly inform voters of the need to evacuate.
    a. Voters with ballots should take their ballots outside with them.
2. Refer to your Emergency Action Card to know what piece of equipment for which you are responsible.
3. If your equipment is plugged into an outlet*, separate the equipment from its cord before taking it outside.
4. Once safely outside, call the Board to inform them of your situation, and they will send help to your location.

If you must evacuate, remain calm.
If there is time to safely do so, gather the item your VLM assigned to you:

- Vscan(s)
- Voted ballots (just pick up the ballot box)
- Unvoted ballots (inside *Blue Ballot Bags*)
- VAT ePBs
- *Provisional and Unscanned Ballot Bag*
- Red Emergency Bag
    - Voters in the process of voting when the evacuation occurs may finish voting once out of the building in a safe place. They may use the clipboard and place the ballot in an unscanned envelope. The unscanned envelope should be placed by the voter into the *Provisional and Unscanned Ballot Bag*. This bag must remain in the custody of bipartisan PEOs.

Call the Help Desk as soon as you are in a safe place.

*Two people are assigned each Vscan. Here's how to move it:

1. One PEO uses the black key to unlock the black ballot box.
2. Inside the box, the PEO pulls the white string forward to unlatch the Vscan.
3. Use the black key to relock the black ballot box.
4. One PEO carries the Vscan outside.
5. The other assigned PEO drags the black ballot box outside.



Grab one handle with each hand and lift!

# Monday Night: 6:30pm

On Monday night, the VLM brings the *Blue Ballot Bags* (BBB), Keys and Codes, and *Special Instructions Bag*.

## Checklist:

- ☐ 1. Open and review materials in the *Special Instructions Bag*
- ☐ 2. Remove the keys and codes from the end pouch of the BBB
- ☐ 3. Power on router first, then plug in
- ☐ 4. Power on and set up all ePBs
- ☐ 5. Clock in on the VAT ePB **AND** sign Payroll Card
- ☐ 6. Remove supplies delivered for Monday night from the supply box and confirm all supplies and equipment were received
- ☐ 7. Confirm on the Ballot Check-in sheet that correct number of ballot pads received
- ☐ 8. Assemble Black Ballot Boxes, secure Vscan on top

> Do not plug into outlet.

- ☐ 9. Assemble Access Station

> Do not plug into outlet.

- ☐ 10. Remove blank ballot paper from the brown accordion folder and place into Access Ballot Printer
- ☐ 11. Set up the *Provisional and Unscanned Envelope bag*, seal the top, and place it on the VAT table
- ☐ 12. Assemble and arrange voting booths and privacy shields
- ☐ 13. Post indoor signs
- ☐ 14. VLM assigns starting jobs for Election Day
- ☐ 15. **Log out temporarily** from all ePBs, turn them off, and place router and ePBs in the caddy
- ☐ 16. Secure BBB with ballots in the caddy
- ☐ 17. Lock caddy
- ☐ 18. VLM and VLD each take home one set of keys and codes

# Caddy and Supplies




1. Caddy
2. Black Ballot Box
3. Vscans
4. *Provisional and Unscanned Envelope Bag*
5. Red ePB Case
6. Access Ballot Printer
7. Access Writer
8. Access Station Table
9. Supply Box
   a. cords bag for Vscan
   b. cords bag for Access Writer
10. Privacy Shields
11. Supply Bags










1. Blue Ballot Bags
2. Overflow Ballot Bags (in larger elections)
3. Voting Booths

Make sure all equipment is for your polling location.



**Quick Review Question:**
What time does the Monday Night meeting start?

# Monday Night: Set up ePBs




Notice how the surge protectors are plugged into the extension cord. Do not plug the surge protectors directly into each other.



Watch this video for more help!

## Turn on ePB

1. Remove all items from Red ePB case. Place items on a table.
2. Take extension cord from supply box and plug into an outlet.
3. Plug the ePB surge protector into the extension cord. Confirm that there are blue and green lights on surge protector.
4. On top right corner of the **router**, press and hold ⏻ until home page displays. Once you see the 'Menu' and 'Help' at the bottom of the screen, release the power button. The home page has a white background and will say "Wi-Fi - ON" in the bottom left corner, along with the 'Menu' and 'Help' buttons.
5. Use router charging cord to plug the router into the ePB surge protector. Do **NOT** plug the charging cord in before turning the router on. If you see numbers on the router screen, it is **not on**.
6. Plug ePB cord into each **ePB**.
7. Plug USB block into the ePB surge protector with only one ePB per surge protector. One surge protector should have an ePB and router, the other should have an ePB and ePB printer.
8. Swipe up from the bottom of the screen to unlock the ePB. (New process!)
9. Use the stylus to do the following:
   a. Tap ePB app icon.
   b. Verify that the current election shows at the top of the screen.
   c. Verify that:
      - The green WI-FI icon is on.
      - The correct location displays at the bottom.
10. Plug ePB printer into the other surge protector. One solid blue line should display.
11. Remember to turn on **all** ePBs on Monday Night, not just the VAT ePB. This is so the Board can send last minute updates to every ePB at your location.







You must set up **all** ePBs on Monday. Verify all are connected to wifi.

# Monday Night: Clock-in

## Log into ePBs




1. Touch **START**. If at any time the screen goes black, tap the screen and swipe up.
2. On the *Login* screen, enter your **First Name** and **Last Name**.
3. Press **Continue**.
4. On the next *Login* screen, enter the Democrat PEO password in **Password #1** and the Republican PEO password in **Password #2**.
5. Press **Unlock Device**.
6. Verify that your name displays, with the correct title, in the lower left of the screen.

### Clock into VAT ePB AND sign Payroll Card

Please print and sign your name on the payroll card, then clock-in on VAT ePB.



Precinct Name and #: *PLACE IN FORMS BINDER TUESDAY NIGHT* November 4, 2025 General Election

I do solemnly swear or affirm under the penalty of perjury that I will support the Constitution of the United States of America and the Constitution of the State of Ohio and its laws; that I have not been convicted of a felony and/or my …
conviction has been reversed, expunged, or pardoned, or any violation of the election laws; that I will discharge, to the best of my ability, the duties of Precinct Election Official in and for this voting location at the election to be held o…
November 4, 2025, as required by law and the rules and instructions of the Board of Elections of said County; and that I will endeavor to prevent fraud in such election, and will report immediately to said board any violations of the electio…
laws which come to my attention, and will not disclose any information as to how any elector voted which is gained by me in the discharge of my duties. I hereby also acknowledge that I have received training from the Board of Election…
regarding the Secretary of State's ethics policy and Ohio ethics laws, that I will comply with the same, and that failure to comply with the ethics policy or Ohio ethics laws may serve as good and sufficient reason for my removal from my…
appointed position.

VLM's - Check for Training Completion Cards!

| | | |
|---|---|---|
| PEO Name (Print) | Present (Mon) ☐ Present (Tues) ☐ NO SHOW ☐ | Signature Here X |
| PEO Name (Print) | Present (Mon) ☐ Present (Tues) ☐ NO SHOW ☐ | Signature Here X |
| PEO Name (Print) | Present (Mon) ☐ Present (Tues) ☐ NO SHOW ☐ | Signature Here X |
| PEO Name (Print) | Present (Mon) ☐ Present (Tues) ☐ NO SHOW ☐ | Signature Here X |
| PEO Name (Print) | Present (Mon) ☐ Present (Tues) ☐ NO SHOW ☐ | Signature Here X |
| PEO Name (Print) | Present (Mon) ☐ Present (Tues) ☐ NO SHOW ☐ | Signature Here X |
| PEO Name (Print) | Present (Mon) ☐ Present (Tues) ☐ NO SHOW ☐ | Signature Here X |
| VLD Name (Print) | Present (Mon) ☐ Present (Tues) ☐ NO SHOW ☐ | Signature Here X |
| VLM Name (Print) | Present (Mon) ☐ Present (Tues) ☐ NO SHOW ☐ | Signature Here X |

*PLACE IN FORMS BINDER TUESDAY NIGHT*

The **Payroll Card** can be found in the *Special Instructions Bag* on Monday night!

To clock-in on the VAT ePB, do the following:

1. Tap ☰ in the top right to open the drop-down menu.
2. Select **PEO CLOCK-IN**.
3. Press Clock-In next to your name.
4. Press **YES, CONTINUE**.
5. Read the *Oath/Ethics Statement*.
6. Sign the ePB and select **I ACCEPT**.
   a. Screen displays the message **YOU HAVE BEEN CLOCKED IN**.
7. Repeat steps one through nine until all PEOs are clocked in.
8. Select **HOME**. Tap ☰ and select **DEVICE INFO/LOGOUT**.
9. Select **LOGOUT TEMPORARILY**.

If your name doesn't display, tap **NEXT PAGE**. If you don't see it, press **ADD WORKER** and search for your name. If this does not resolve the issue, select **I AM NOT ON THE LIST** and follow the prompts.



**DON'T FORGET**
Set up the *Provisional and Unscanned Envelopes Bag*. Use the white zip ties provided (inside the bag) to lock the bag for Election Day. Place the assembled bag at the VAT table so voters can secure their provisional envelopes and unscanned envelopes with completed ballots sealed inside.

Next, we'll set up equipment. And before you leave, you'll log out of, and power off, the ePBs. Instructions for logging out are on *page 14*.

# Monday Night: Set up Voting Equipment

## Ballot Box

1. Remove ballot box and privacy wings from the Ballot Box Tote.
2. Flip the ballot box so that the white labels face upwards.
3. Unhook the three rubber bands near the bottom of the box to release the box lid.
4. Unlatch two clips from each edge of the box.
5. Watch for yellow pinch points as you Pull open the ballot box and press out the side panels until they are flat.
6. Inside the box, lower the panel, but don't worry about dropping it all the way.
7. Pull the white string on the ballot box lid.
8. Lift the lid all the way up and lay it flat against the ballot box. Press it onto the top of the box. Don't force the lid, it should easily lay flat.
9. Use the black ballot box key to unlock and open the ballot box door.
10. Use your foot to press firmly on the bottom panel inside the box. This locks the panel in place.





Notice how the handles are to the side. This will assist in finding the four clips for Step 4.










Watch this video for more help!



**Quick Review Question:**
What color key is used to unlock the ballot box?

# Monday Night: Set up Voting Equipment

## Vscan

1. Place a Vscan on each assembled Black Ballot Box. Align the footpads with their matching indentations. Don't be afraid to slide the Vscan around until it clicks in!
2. Reach inside the ballot box. Push the white string back to lock and secure the Vscan in place. Pull up on the Vscan handle to ensure it is secure.
3. Lock the ballot box's door and attach privacy wings.
4. From *Vscan Cords Bag*, remove all cords and cables. Attach the power cord, flat side up, to the back of the Vscan. Insert firmly until you hear a small click.



Push the string toward the back of the box.



**DON'T FORGET**
We do **not** plug the Vscan into an outlet on Monday night.

## Access Station: Booth and Table

1. From Access Writer Tote, remove the white printer table and set it up.
2. Remove the booth table. Use the white printer table as a base on which you can slide the rubber bands from around the legs.
3. Unfold the legs from the booth table and slide the inside bar up.
4. Lock the legs in place.
5. Attach the U-shaped rear leg and press the metal buttons to lock the legs in place.
6. Attach the two front legs. Use metal buttons to lock legs in place.
7. Flip the booth. The front is open for wheelchair access.



Access Writer Tote

Booth table




U-shaped rear leg



Privacy Wings



White Printer table



Make sure the legs are unfolded correctly, looking like the picture to the left. The bars will be upside down if done incorrectly!





Watch this video for more help!

# Monday Night: Set up Voting Equipment

## Access Station: Access Writer and Printer

1. Place the Access Writer on the booth, aligning footpads with indentations. Don't be afraid to slide the Access Writer around until it clicks in!
2. Underneath the booth, slide metal tab towards the back to secure the Access Writer in place. Pull up on the Access Writer handle to ensure it is secure.
3. Attach privacy wings, found in booth tote.
4. Set white printer table next to the booth.
5. Remove the Access Ballot printer from its cardboard box and place it on the white printer table.
6. Remove all cords and cables from the *Access Station Cords Bag*. Attach the power cord, flat side up, to the back of the Access Writer. Insert firmly until you hear a small click.
7. Connect the blue end of the USB cable to the Access Writer. The black end connects to the Access Ballot printer.
8. Attach the printer power cord to the back of the printer.
9. On the Access Ballot printer, pull the paper tray out. Extend the blue plastic at the back of the tray and add ballot paper.










Can't find where to plug USB in? Be sure to slide black, plastic covering to the right to access USB slot.



**DON'T FORGET**
We do **not** plug the Access Writer into an outlet on Monday night.



**Quick Review Question:**
Do we plug the Vscan and Access Writer into an outlet on Monday night?

# Monday Night: Power Down Devices

## Power Down the ePBs

1. Hold the ePB power button (left side corner) AND volume button (top left corner) at the same time until screen displays, **SLIDE TO POWER OFF**.
2. Swipe message to turn off the ePB.
3. Unplug the ePB and fold it closed. Place in caddy.
4. Repeat these steps for all ePBs.

## Power Down the Router

1. Hold ⏻ until screen displays, **SHUT DOWN OK**.
2. Press **OK**.
3. Unplug the router when the screen goes black. Place the router in the caddy.

> **DON'T FORGET**
> Close and lock the caddy once the router and all ePBs are placed inside.

## Power Down the ePB Printer

1. Press ⏻ to turn off the ePB printer. There should be no lights on the printer once it is off.
2. Leave the printer, surge protector, and extension cord in place overnight.

## Final Steps

1. Place the router, ePBs, and ballots into the caddy.
2. Lock the caddy.
3. The VLM and VLD should each take home one set of keys.

# Tuesday Morning: 5:30am

Doors must open to voters at 6:30am.

## Checklist:

- [ ] 1. **Power on router and connect to surge protector**
- [ ] 2. Power on and set up all ePBs
- [ ] 3. Set up and open polls
- [ ] 4. Power on and set up ePB printer
- [ ] 5. Clock in on VAT ePBs- VLM's check off attendance on Payroll Card(s)
- [ ] 6. Power on Vscans, print *Zero Report*, open polls, sign *Zero Report* and *Open Polls Report*
- [ ] 7. *Power* on Access Writer Ballot Printer
- [ ] 8. Power on Access Station, print *Zero Report*, open polls, sign *Zero Report* and *Open Polls Report*
- [ ] 9. Place out no campaigning and curbside voting signs and flags
- [ ] 10. Post 6:30am purple *Registered Voters List #1*
- [ ] 11. *Place* sealed *Provisional and Unscanned Ballot Bag* next to the VAT ePB
- [ ] 12. Organize the check-in ePBs and the VAT ePB
- [ ] 13. Unwrap first pack of ballot pads and arrange in precinct and pad order
- [ ] 14. All PEOs put on nametags
- [ ] 15. Keep cell phones on all day
- [ ] 16. Open doors to voters at 6:30 am sharp

# Tuesday Morning: Clock-in and Open Polls

## See Monday Night: Clock-in *(pg.10)* and follow steps

Anytime you step away from the ePB, select **LOG OUT TEMPORARILY**.

## Open the Vscan

1. Use the purple key to unlock and then open the Vscan lid. The key only goes in halfway, so don't force it!
2. Press the metal brace on the left of the case to lock the Vscan open.
3. Unlatch the screen and use the yellow key to unlock and remove the screen from the Vscan.
4. Carefully place the screen in the Vscan dock. Tilt the screen back and use the yellow key to lock the screen in place.
5. Plug the Vscan power brick into a surge protector. Plug the surge protector into the wall outlet.
6. Verify that the light above the tape is green.



**Do not remove the blue zip tie seal from inside the Vscan. This should not be touched.**

If the light above the tape is red, unlock and undock the screen and repeat steps 4 through 6.



**Quick Review Question:**
What time do polls open on Election Day?

# Tuesday Morning: Open Polls

## Power on Vscan

1. Press the red power button on the back of the Vscan to turn it on. Press the button only once.
2. Once the screen loads, use the stylus to select **Print Zero Report**.
3. On the printed list, verify that the correct precinct name displays. Verify that all precincts in the location are listed.
4. Verify that the report displays *Ballot Counter: 0*.
5. Verify that the bottom of the screen shows zero ballots.
6. On the screen, select **Open the Polls**.
7. A Democrat and Republican enter the **Open Polls Code**.
8. Select **Accept**. A report prints. Green lights flash.
    a. The screen displays, *Scanner **Ready for use**, to cast your ballot insert it.*
9. Tear off reports from the Vscan.
10. The VLM and a PEO of the opposite party sign both the *Zero Report* and the *Open Polls Report* and place these reports in the *Election Day Reports Bag*.




Sign and place in the *Election Day Reports Bag*!



**Quick Review Question:**
Who signs the *Zero Report/Open Polls Report*?

## Open the Access Ballot Printer and Access Writer

1. Plug the Access Ballot Printer power cord into a surge protector.
2. Plug the surge protector into a wall outlet.
3. Press ⏻ in the bottom right corner of the printer until the screen says *Please Wait*. Proceed when the screen says, *Ready to Print*.
4. Use the purple key to unlock and open the Access Writer. Don't force it, the key only goes in halfway!
5. Use the yellow key to unlock the screen. Unlatch and remove the screen.
6. Carefully place the screen in the dock. Tilt it back and use the yellow key to lock the screen in place.
7. Plug the Access Writer power brick into the surge protector.
8. Verify that the light above the tape is green.



**Do not remove the red zip tie seal from inside the Access Writer. This should not be touched.**

If the light above the tape is red, unlock and undock the screen and repeat steps 6 through 8.



**Quick Review Question:**
Should you ever remove the red zip tie seal from the Access Writer?

# Tuesday Morning: Open Polls

## Power on the Access Writer

1. Press the red power button on the back of the Access Writer to turn it on. Press the button only once.
2. Once the screen loads, use the stylus to select **Print Zero Report**.
3. On the printed list, verify that the correct precinct name displays. Verify that all precincts in the location are listed.
4. Verify that the report displays *Ballot Counter: 0*.
5. Verify that the bottom of the screen shows zero ballots.
6. On the screen, select **Open the Polls**.
7. A Democrat and Republican enter the Open Polls Code and select Accept. A report prints.
    a. The screen displays, *Accessible ballot marking **Ready for use***.
8. Tear off reports from the Access Writer.
9. The VLM and a PEO of the opposite party sign both the *Zero Report* and the *Open Polls Report* and place these reports in the *Election Day Reports Bag*.
10. Plug the headphones into the top left of the Access Controller. Ensure they are completely plugged-in and hang the headphones from the Access Writer handle.



Access Controller


Election
Verity Touch Writer
Ballot Counter: 0
Lifetime Counter: 8
Zero Report
Date & Time Printed:
Access Code Summary Re
All ZEROS
Official Signatures
Election
Verity Touch Writer
Ballot Counter: 0
Lifetime Counter: 8
Open Polls Report
Date & Time Printed: Polls are open Ready to issue ballots
Official Signatures

Sign and place in the *Election Day Reports Bag*!



**Quick Review Question:**
Who can use the Access Writer?

# VAT ePB vs. Regular ePB

## What ePB should you use?

All voters must vote in the precinct in which they live. Voters can check in at a regular ePB or at the VAT ePB. As you check voters in, follow the directions as they display on your ePB, as they may instruct you to send your voter to the VAT ePB.

Check out the table below to see which ePB to use for different situations.

| Option | Regular ePB | VAT ePB + ePB Printer |
|---|---|---|
| Process regular voters | ✓ | ✓ |
| Void ballots | ✓ | ✓ |
| Issue replacement ballots | ✓ | ✓ |
| See device info, logout | ✓ | ✓ |
| Look up/direct voters to correct location | ✓ | ✓ |
| Access Quick Guide, phone numbers | ✓ | ✓ |
| Clock-in, payroll, oath | ✗ | ✓ |
| Process provisional voters | ✗ | ✓ |
| Print 11 am and 4 pm Voted Lists | ✗ | ✓ |
| Print directions to other locations | ✗ | ✓ |
| Ballot Accounting | ✗ | ✓ |

## Assisting a Voter

A voter may bring someone with them to assist in marking a ballot. If the voter requests PEO assistance, **both** a Democrat and a Republican PEO must assist, and the instance should be noted in the *General Notes*.

## Curbside Voters

If a voter is unable to enter the polling location due to a physical disability, the voter may request PEO assistance. Both a Democrat and Republican must assist, and the instance should be noted in the *General Notes*. See the Comprehensive Manual for step-by-step instructions on curbside voters.

Each polling location receives two Curbside Voter signs. Affix the sign to one of the ADA parking spots. Remember to keep your cell phone on! The BOE may call you if you have a curbside voter outside your polling location; or a voter requesting PEO assistance may send a representative into the polling location to alert the PEOs of the curbside voter in a vehicle. Either procedure is acceptable!

# Regular Voters and their ID Requirements

## Photo ID Requirements

The following **unexpired** IDs are acceptable:

- Ohio Driver License/Ohio State ID Card
- Ohio Interim Documentation issued by the BMV
- US Passport or Passport Card
- US Military ID, Military Dependent Card, Ohio National Guard ID Card, US Dept. of Affairs ID Card, or digital Veterans ID Card

When examining photo identification, PEOs must be able to determine that the **photo reasonably conforms to** the voter and that the **name listed** on the ID conforms to the information in the ePB.

See *page* ***6-12*** in the Comprehensive Manual for what to do if the photo ID does not match.

The address on a voter's Driver License does not need to match the ePB.

The U.S. Military ID card and Ohio National Guard ID card are more commonly known as the Common Access Card ("CAC"). Military ID's are issued to military personnel, dependents of military personnel, and veterans. The U.S. Department of Veterans Affairs issues Veteran ID Cards ("VIC") and Veteran Health Identification Cards ("VHIC"), both of which include a name and photograph. Veteran ID cards issued by county recorders do not qualify as valid photo ID for voting purposes. As a general rule, an in-person voter must present photo ID in physical form. However, beginning in September of 2022, the U.S. Department of Veterans Affairs discontinued issuing physical VIC and now issues only digital VIC. As H.B. 458 clearly allows voters to use an ID card issued by the U.S. Department of Veterans Affairs, election officials must accept the digital VIC if the voter presents it.

*Check out page* ***6-9*** *in the Comprehensive Manual for examples of acceptable military IDs!*

## Unacceptable IDs

- Expired Ohio Driver License/Ohio State ID Card
- Driver License from another state
- Utility Bill, Bank Statement, Government Check, Payroll Check, Government Document, Social Security Card
- Official mail or notice from the Board of Elections
- MARCC ID (Metropolitan Area Religious Coalition of Cincinnati)
- Ohio Mobile ID
- State of Ohio noncitizen identification, also known as a Non Renewable/Non Transferable credential

Voters without acceptable ID **must** vote provisionally.

**Religious Objection**

Voters who do not have a photo ID due to a religious objection to being photographed must be given a *Form 12-O* for completion. These voters are required to vote provisionally. Attach *Form 12-O* to the provisional envelope using blue painters tape.

# How to Process a Voter

## What is a regular voter?

Regular voters are registered voters who present an unexpired, valid photo ID and state their name and address which matches what displays in the ePB. The following statements are true for regular voters:

1. The voter has acceptable photo identification.
2. The voter's name and address is listed correctly in the ePB.
3. The listed current address is in your location.
4. The voter is not flagged as *Process Provisional* by the ePB.

## Steps to Process Regular Voters

Voters can check in at any ePB, including the VAT ePB.

To process a voter, do the following:

1. Ask voter, "May I see your ID, please?"
2. Verify that the ID is unexpired.
3. Verify that the ID is a US Citizen ID, not a noncitizen ID.
4. Verify that the photo ID reasonably conforms to the voter. You may request that the voter remove face coverings to do this.
5. Scan the Driver License/State ID with ePB camera or select **Manual Voter Search**, and hand the ID back to the voter.
6. Ask voter, "What is your name and current address?"
7. Verify that the voter's stated name and address match those listed in the ePB. If the information matches, touch **YES CONTINUE**, then **ISSUE BALLOT** and flip the ePB for voter to sign.
8. Voter uses stylus to sign the ePB, selects **DONE** and flips the ePB back to you.

If the ID is expired, select the red **No Photo ID or Expired ID button** and go to *page 26* for further instruction! Check out the PEO Flip Chart or ***6-13*** in the Comprehensive Manual for more information about noncitizen IDs.

See *Manual Voter Search* for instructions!

**Address on ID does not need to match what the voter says/ePB.**

## Issuing a Ballot

1. Compare the new signature to the signature on file in the ePB. If the signatures match, select **ISSUE BALLOT**.
2. The ePB tells you which ballot style to give the voter. Find and pull the correct ballot.
3. Scan the bottom ballot barcode using the ePB camera. If you scan the wrong one, the screen will show this, and you can get the correct ballot.
4. Once the screen says *Voter successfully checked in*, remove the ballot stub from the ballot.
5. Place the removed ballot stub in the *Ballot Stubs Bag*.
6. Give the voter their ballot, direct the voter to a voting booth, and instruct the voter to cast their completed ballot into the Vscan.

Wait until you've scanned the ballot barcode to remove the stub. We want all voters to receive the correct ballot, and only scanned ballots display during ballot accounting.

If a voter fails to cast their ballot, it should be voided. See *page 29* for instructions.

Remember to offer voters a Privacy Folder to place their ballot in while moving through the polling location.

## Manual Voter Search

If the voter's Driver License or State ID does not scan or the voter provided another type of ID, use the following three search methods to find the voter. Only if none of the following searches work can you conclude that the voter is not registered and must vote provisionally.

To search for a voter, tap the yellow **Manual Voter Search** box. Select the form of ID provided and complete the following steps to find the voter. If after any of the following steps, you find the voter, simply continue on with processing the voter.

1. Select **NAME AND BIRTHDATE**.
    a. Leave the last name blank.
    b. Enter the first letter of the voter's first name.
    c. Enter the voter's complete birthdate.
    d. Select **SEARCH**.
2. Select **LAST NAME AND HOUSE NUMBER**.
    a. Enter the first three letters of the voter's last name.
    b. Enter the voter's complete house number.
    c. Select **SEARCH**.
3. Tap **VOTER CODE**.
    a. Enter the 8-digit code found on the *Find Voters List* listed before the voter's name.
    b. Select **SEARCH**.

> If a voter has a hyphenated or double last name, try two separate **NAME AND BIRTHDATE** searches if necessary. First, use these steps for the first last name, and then for the second.

If the voter's name is not found, look up their address on **Precinct Lookup** to determine if they are in the correct location. If the voter is in the correct location but the name does not display, send them to the VAT ePB.

## Precinct Lookup

If you are concerned a voter is in the wrong location, you can search their address to see where they are registered. You can use the **Precinct Lookup** function to send a voter to the correct voting location.

1. From the home screen, press ☰ and select **Precinct Lookup**.
2. Enter the **House Number** and **Street Name**. For the street name, always type out entire directional word and the first three letters of the main street name. For example, type WEST POP for West Poplar St. Type *CHE* for Chestnut Street.
3. Tap **SEARCH**.
4. Select the correct street to highlight it and press **CONTINUE**.
5. If the precinct is not in your location, you can send the voter directions to the correct polling location through email or text using ✉ or print the directions from the VAT ePB by pressing 🖨.
6. Select **CONTINUE** to complete. Then press **PROCESS NEXT VOTER**.

> Please be sure you are routinely cleaning out every voting booth at your location! Each booth should be clear of any campaign materials that voters may leave behind.

# Voting at the Access Station

## How do you process a voter who wants to use the Access Station?

The steps for processing a voter who wants to vote at the Access Station are just a little bit different. Steps 1 - 6 are exactly the same. But, issuing a ballot requires a few more steps. Let's start there!

### Issuing a Ballot

1. Compare the signature to the signature on file in the ePB. If the signatures match, select **ISSUE BALLOT**.
2. The ePB tells you which ballot style to give the voter. Find and pull the correct ballot.
3. Scan the bottom ballot barcode using the ePB camera. If you scan the wrong one, the screen will show this, and you can get the correct ballot.
4. Once the screen says Voter successfully checked in, remove the ballot stub from the ballot.
5. Place the removed ballot stub in the Ballot Stubs Bag.
6. Put a **Voted on Access Writer** sticker over the top, left barcode of each ballot sheet.
7. Take the voter and their ballot to the Access Station.

Here is where the steps change!

### Activate a Ballot on the Access Writer

1. On the Access Writer, use the stylus to select **READY FOR USE**.
2. Enter the poll worker code, found in the *Keys and Codes Bag*.
3. Select **ACCEPT**.
4. Select **ACTIVATE BALLOT**.
5. Use the voter's stickered ballot to choose the correct precinct ballot and ballot style.
6. Confirm the selection and press **YES, ACTIVATE THIS BALLOT**.
7. Place the ballot with the sticker in the *Voted on Access Writer Bag*.

Remember to step away after activating the ballot to give the voter privacy.

### Voter Instructions

Voters can make selections using the touch screen or by moving the access controller wheel. Voters can change accessibility features and filters by selecting **YES, HELP ME CHANGE THE SETTINGS**. Voters can also skip this if they select **NO, SKIP STRAIGHT TO BALLOT**. On the Learn About Your Ballot screen, the voter can select **BEGIN VOTING** once they are ready.*

If a voter wants to change a selection, the voter can select **REVIEW YOUR CHOICES** and return to their contest of choice.

Once the voter completes voting, they can select **YES, PRINT MY BALLOT**. The voter casts the printed ballot into the Vscan.

*If using the access controller, audio will be present once the black spin wheel is moved.

# Special Designations/ Voter Lists

## What is a special designation?

Special designations are messages that display in blue boxes on the ePB screen that tell you to process this voter differently from a straightforward, regular voter. Always read the blue boxes, they are very helpful!
Here are some special designations and instructions for handling them:

**Absentee Ballot Requested** - The voter requested an absentee ballot. Send the voter to the VAT ePB to vote provisionally.
**ACK Card Returned** - An acknowledgement card was mailed to the voter and returned to the BOE as undeliverable. Send the voter to the VAT ePB to vote provisionally.
**BMV Mismatch** - Voter provided information to the BOE that does not match BMV records.
**Record ID** - This voter failed to register with a valid ID. If they provide valid, unexpired ID, write down the ID# in the *General Notes* and allow the voter to vote regularly. If they do not provide ID, send the voter to the VAT ePB to vote provisionally.
**Challenged Voter** - Call the **(513) 946-8500** and press **1** for further instructions. The voter is required to complete a *Form 10-U* or vote provisionally.
**Verify Current Address & Correct Precinct** - Call the Help Desk for further instructions.
**Voter Name Change with Proof**- The voter has changed their name and shows valid proof of the name change: a Certified Abstract of Marriage License/Marriage License (does not need to have both the former and current last name), a Court Order, or another document that includes both the voter's new and prior names. The voter may complete and sign a Notice of Change of Name *Form 10-L* and cast a regular ballot, if the voter still lives in their registered precinct.
**Attorney in Fact** - Process regularly. The Attorney in Fact may sign on the voter's behalf but the voter must be present.

Go to *pg. 6-17* in Comp Manual for more info!

Call the Help Desk with any questions, and remember to **read the blue boxes on the ePB screen and scroll down!** There may be more information.

## Registered Voter and Voted Lists

Any person may enter the polling place to see the *Registered Voter Lists*. They cannot interfere with the voters or the voting process. The following options are lists and instructions on posting lists:

1. 6:30 am *Purple Registered Voter List* #1 - This shows all registered voters and indicates those who voted early or by absentee. Post this at 6:30 am on Election Day.
2. Print the *11 am Voted List* on the VAT. On the VAT, select ☰ and then **11/4 Voted List**. Tap **Print**. Attach the printed list to the existing *Registered Voters List* clipboard.
3. Print the *4 pm Voted List* on the VAT. On the VAT, select ☰ and then **11/4 Voted List**. Tap **Print**. Attach the printed list to the existing *Registered Voters List* clipboard.

Use the green *Find Voters List* in the *Red Emergency Bag* as a back-up signature poll book **only** if no ePBs are working.

Confused about provisional voting? See *page 26*.

The ePB automatically starts from the last voter printed regardless of the time.

**Quick Review Question:**

Who do you call if at any point you get confused on Election Day?

# Provisional Voters

## What are Provisional Voters?

Provisional voters are voters who appear to vote, but for one reason or another, the Board of Elections needs to verify their information before counting their ballots. It's important to note that provisional voting is not bad. It just requires a few extra steps!

There are many reasons for provisional voting, such as:

- A change of address that moves a voter into your precinct from a different precinct*****
- A voter requested an Absentee ballot
- ePB indicates that the voter **Must Vote Provisionally;** Acknowledgement Card mailed to the voter was returned to the BOE as undeliverable or ePB indicates voter has a **BMV mismatch**
- Voter is not found in the ePB
- The voter has a name change but does not provide proof of the name change
- The voter cannot or refuses to provide acceptable ID
- Voter provides only expired ID
- Challenged Voter - call **(513) 946-8500** and press **1** for instructions
- The voter's signature is **very** different from the one on file and does not match (see procedures in the Comprehensive Manual on *pg. 6-11*)
- Voter does not have an acceptable form of photo ID due to a religious objection to being photographed

Go to *pg. 3* in Provisional Voting Booklet for more info!

## Processing Provisional Voters

All voters begin check-in the same way. However, once it becomes clear that the voter is provisional, the check-in process at a normal ePB should end, and the voter should be sent to the VAT ePB.

When processing Provisional Voters, refer to the **Provisional Voting Booklet** for assistance! It is found in the *Provisional VAT ePB Processing Bag.*




## ePB Blue Box Messages

In the blue box when the ePB prompts you to 'Tell the voter', please **read out loud what is in quotations** following the 'Tell the voter' phrase, and be sure to scroll through the box for the entire message. Most Provisional voting flags will have a quote you are required to say to the voter.

*****Please note that if a voter moved but their current address is in the same precinct as their old address, the voter casts a regular ballot. Follow the ePB instructions, and the voter **must** fill out a registration card to update their current address.

# Provisional Voters

## There are four categories of provisional voters.

1

**The ePB locates the voter without issue and prompts you to process the voter provisionally.**
This first category is simple. The voter's name and address will display correctly in the ePB and the ePB will automatically indicate that you should **PROCESS PROVISIONAL**.

2

**You change information about the voter in the ePB and the ePB prompts you to process the voter provisionally.**
The voter's current address does not match the address listed in the ePB.

1. Select the yellow **NO, NEEDS CHANGES** and then the blue **EDIT**.
2. Enter and search for the new address.
    a. If the address is not located within the polling location, redirect the voter to the correct polling location.
3. If the address is within the polling location, select **YES CONTINUE** and then **PROCESS PROVISIONAL**.

3

**You are unable to locate the voter in the ePB after all three manual voter searches.**
Select the red **No Voter Found**. Enter the voter's information and select **PROCESS PROVISIONAL**.

4

**The voter does not provide valid ID, but the voter's name and address is listed correctly in the ePB.**
This is the same as above! Select the red **No Photo ID**. Enter the voter's information and select **PROCESS PROVISIONAL**.

## For all options, the steps following their categorization are the same. Here are the ePB steps.

1. Give the voter their correct precinct **Provisional Ballot Affirmation Envelope**.
    a. Voter completes and signs the **Provisional Ballot Affirmation Envelope**.
2. Check to make sure this **Provisional Ballot Affirmation Envelope** is filled out correctly and completely.
3. On the ePB screen, press **SELECT BALLOT**.
4. Flip ePB for voter to sign.
    a. Voter selects **YES CONTINUE** to confirm ballot choice. Voter signs ePB.
5. Confirm the signature matches.
6. Read the ePB to inform you on which precinct's ballot to pull.
7. Scan the bottom ballot barcode to ensure you have the correct ballot.

# Provisional Voters

## Issuing a Provisional Ballot

1. After you scan the barcode stub, remove the stub just as you do with regular voters and place it in the *Ballot Stub Bag*.
2. Cover the top, left barcode on each ballot sheet with a yellow **PROV** sticker.
3. Give the voter a **Provisional Ballot Notice**.
4. Hand the voter their ballot, the **Provisional Ballot Notice**, and their completed **Provisional Ballot Affirmation Envelope**. Send the voter to a voting booth to vote.
   a. Voter completes their ballot, puts it in the **Provisional Ballot Affirmation Envelope**, seals the affirmation envelope and places their envelope in the *Provisional and Unscanned Ballot Bag*.

Confused on where to find all these documents and stickers?
Look in the *Provisional VAT ePB Processing Bag*! This bag contains the **Provisional Ballot Affirmation Envelope**, **Provisional Ballot Notice**, **PROV** stickers, **Provisional Voting Booklet**, **Provisional Voter Precinct Verification Form 12D**, and **Religious Objection to being photographed Form 12-O**.

If a voter does not have a valid photo ID due to a religious objection, the voter must also fill out a Form 12-O. This form should be attached to the **Provisional Ballot Affirmation Envelope** using blue painters tape.

**Envelope is precinct-specific!**

Here is a **Provisional Ballot Affirmation Envelope**. Everything in yellow must be completed, if applicable. Frequently missed areas include Section 2, the **Date of Birth** and Section 5, **Identification***.

*Section 5 cannot be completed if a voter does not provide Valid ID. Only those who do not provide a valid ID are required to cure their ballots after Election Day.

**103 CINCINNATI 1-C**
**MT WASHINGTON REC CENTER**

Form No. 12-B Prescribed by the Secretary of State (01/2026)

**Provisional Ballot Affirmation**

*Print clearly*

*R.C. 3501.01(AA), 3503.16; 3505.18; .181; .182; .183.*

**Full Name** Clearly print your name. Required — **1**
First ____ Middle ____
Last ____ Suffix ____

**Date of Birth** Required — **2**
Date of Birth ☐☐/☐☐/☐☐☐☐ (MM/DD/YYYY) (*Do not write today's date*)

**Current Ohio Address** Required — **3**
Street Address (*No P.O. Boxes*) ____ County ____
City/Village ____ ZIP ____

**Former Address** Not Required — If you do not provide your former address, it will not cause your ballot to be rejected. — **4**
Have you moved without updating your voter registration? ☐ Yes ☐ No
Street Address (*No P.O. Boxes*) ____
City/Village ____ State ____ ZIP ____

**Identification** Required — **5**
Note: If you did not show photo ID to the election official or complete an affidavit of religious objection, you must appear at the office of the board of elections **within four days** after the election and provide photo ID or complete an affidavit of religious objection for your vote to be eligible to be counted.

*You must show photo ID to the election official that includes your name and photograph and is not expired. Check the type of photo ID you provided:*
☐ An Ohio driver license, state ID card, or interim ID form issued by the Ohio BMV.
**If you checked the box above, you must write your full driver license or state ID card number** (*2 letters followed by 6 numbers*): ☐☐☐☐☐☐☐☐
☐ U.S. Passport or Passport Card
☐ U.S. Military ID Card, Ohio National Guard ID Card, U.S. Department of Veterans Affairs ID Card, or U.S. Military Dependent Card
☐ If you do not have photo ID because you have a religious objection to being photographed, complete an affidavit of religious objection, which you can obtain from your precinct election official. The precinct election official will attach it to the provisional ballot envelope.

**Registration Update** Recommended — **6**
**Complete this section if you need to update your voter registration, or if you need to verify the identification you used to register to vote. If you need to verify your identification and you do not provide the needed information on this form, you must provide the information to the board of elections on or before the fourth day following this election in order for your ballot to be eligible to be counted.**
Write your full Ohio driver license or state identification card number: ☐☐☐☐☐☐☐☐ (*2 letters followed by 6 numbers*)
Write the last four digits of your Social Security number: ☐☐☐☐
**Mailing Address** (if different than above)
Street Address (*Or P.O. Box*) ____ County ____
City/Village ____ State ____ ZIP ____

**Proof of Citizenship** Required — **7**
If you are casting a provisional ballot because you need to provide proof of citizenship, you must do one of the following for your ballot to be eligible to be counted:
1. If you have already provided proof of citizenship to the Bureau of Motor Vehicles, write your full Ohio driver license or state identification card number above.
2. Provide proof of citizenship to the board of elections on or before the fourth day following this election.

**If your right to vote has been challenged, you must provide any required additional information to the board of elections on or before the fourth day following this election.**

**NEW SECTION ON ENVELOPE!**

**Affirmation** Required — **8**
**I solemnly swear or affirm, under penalty of election falsification, that:**
- I am a citizen of the United States and will be at least 18 years of age at the time of the general election.
- I am eligible to vote in the election in which I am voting this provisional ballot.
- I have lived in this state for 30 days immediately preceding this election in which I am voting this ballot.
- I am a registered voter in the precinct in which I am voting this provisional ballot.
- I understand that, if the information I provide on this provisional ballot affirmation is not fully completed and correct, if the board of elections determines that I am not registered to vote, a resident of this precinct, or eligible to vote in this election, or if the board of elections determines that I have already voted in this election, my provisional ballot will not be counted.
- I understand that, if I am not currently registered to vote or if I am not registered at my current address or under my current name, this form will serve as an application to register to vote or update my registration for future elections, as long as I provide all of the information required to register to vote or update my registration.
- I understand that knowingly providing false information is a violation of law and subjects me to possible criminal prosecution.
- I hereby declare, under penalty of election falsification, that the above statements are true and correct to the best of my knowledge and belief.

**Your Signature** **Today's Date (MM/DD/YYYY)** ____

**WHOEVER COMMITS ELECTION FALSIFICATION IS GUILTY OF A FELONY OF THE FIFTH DEGREE.**

# Void Ballot Process

## Sometimes, voters make mistakes.

If a voter makes a mistake on their ballot and wants a new one, don't panic! The process for voiding a ballot is quite simple and **can be done on any ePB**. There are just three rules to remember:

1. A voter can have up to two replacement ballots if they make mistakes.
2. A voter cannot void a ballot after it is cast into the Vscan. They must hand you back a ballot in order to receive a new one.
3. The voter should **never** have more than one ballot in their possession at one time.

## Steps for Voiding a Ballot on the ePB

1. Ask the voter to fold their ballot to conceal any marks they made.
2. On the ePB, select ☰ and then press **VOID BALLOT**.
3. Enter the voter's birth year.
4. Enter the first four letters of the voter's last name and select **SEARCH**.
5. Locate the correct voter and touch the voter's name to highlight it.
6. Select **VOID** and then press **YES** to issue a replacement ballot.
   a. If the voter does not wish to have a replacement ballot, select **NO**.
7. Select **CONTINUE** and then **YES**.
8. Flip the ePB for the voter to sign.

> Keep in mind that an **unscanned ballot** is **not** a voided ballot. Unscanned ballots are placed in unscanned envelopes in the case that no Vscans work. Unscanned ballots are counted at the Board. **Voided ballots** are never counted.

## Replace Complete Ballot

1. Place a **VOID** sticker over the top, left barcode of all voided ballot sheets.
2. Pull the new ballot and scan the new bottom ballot barcode of the first page and verify that you pulled the correct replacement ballot.
3. Remove the ballot stub from all sheets and give the voter the new ballot.
4. Like always, the replacement ballot's stubs goes in the *Ballot Stub Bag*.
5. The voided ballot goes in the **red** *Void Ballot Envelope*.
6. Record the void on the *Void Notes Pages*.

## Replace One Sheet of the Two-Sheet Ballot

If a voter wants a replacement of only one sheet of the ballot, follow these steps. For this example, let's pretend the voter wants a new second sheet.

1. Place a **VOID** sticker over the top, left barcode on the voter's "bad" sheet, Old Sheet 2.
2. Pull the correct, complete ballot (two sheets) and scan the ballot stub barcode on the ePB to ensure you pulled the correct ballot.
3. Remove the ballot stubs from the ballot sheets and place all in the *Ballot Stub Bag*.
4. Place the voided label on the top, left barcode of the new sheet not being used, New Sheet 1, and place it in the **red** *Void Ballot Envelope* with Old Sheet 2.
5. Give the voter a New Sheet 2.

At the end of this process, the voter should have one complete ballot set. It consists of Old Sheet 1 and New Sheet 2. The **red** *Void Ballot Envelope* contains New Sheet 1 and Old Sheet 2.

> If a voter abandons a ballot sheet at the voting booth or Vscan, void the ballot. Place a VOID sticker on the ballot and place it in the Void Ballot Envelope. **Do not void the ballot in the ePB.** Make a note in the Void Notes. This may affect ballot accounting.

# Tuesday Night: 7:30pm

Polls close at 7:30pm unless directed to remain open by court order. The BOE will send an ePB alert with instructions if this occurs.

At 7:30pm, the VLM declares, “The polls are closed, everyone in line by 7:30pm will be allowed to vote.” If there is a line of people to vote at 7:30pm, a PEO stands at the end of the line to mark the last voter and politely inform voters still arriving that polls are now closed.

No equipment is to be broken down/packed up until the last voter has left the voting location.

## Checklist:

Two PEOs of opposite parties do the following:

- [ ] 1. Close polls on Vscan
- [ ] 2. Close polls on the Access Writer
- [ ] 3. Close polls on check-in ePBs
- [ ] 4. Close election on the VAT ePB

Everyone together do the following:

- [ ] 1. Pack up supplies, voting booths, etc.

The VLM and VLD together do the following:

Call the Help Desk if you'll be late!

- [ ] 1. Complete ballot accounting
- [ ] 2. Pack the *Blue Ballot Bag(s)*
- [ ] 3. Deliver *Red ePB Case*, white Vscan(s), *Blue Ballot Bag(s)*, and blue *Provisional and Unscanned Ballot Bags* to the drop-off location by 9pm

Ballot accounting is a way to determine how many ballots were used at the polling location for each precinct on Election Day. The VLM and VLD do ballot accounting together. If ballot accounting does not reconcile, write it in the *notes pages* and continue to pack.



**Quick Review Question:**
Can a voter fill out Section 5, **Identification**, on the **Provisional Ballot Affirmation Envelope** if they fail to bring valid ID?

# Close Polls and Take Down Election Equipment

## Close Polls on the Vscan and Print Final Reports

1. Press the blue button on the back of the Vscan.
2. On the Vscan Main Menu screen, select **Close Polls**.
3. Together, a Democrat and Republican enter the **Close Polls Code** and press **Accept**. A **Close Polls Report** will print from the Vscan tape printer.
4. Tear off the tape and have both the VLM and a PEO of the opposite party sign the tape. Take the tape to the VAT ePB for **Ballot Accounting**.
5. Print a **Print Tally Report**. Sign it the same way as the previous report.
6. Tape the **Print Tally** to the exterior of the polling location door with blue painters tape.


Election
Verity Scan
Ballot Counter: 20
Lifetime Counter: 26
Close Polls Report
Date & Time Printed:
Tally Report By Precinct
Precinct Ballot Count
Precinct Total
Total 20
Official Signatures

After you use the **Close Polls Report** for Ballot Accounting, place it in the *Election Day Reports Bag*.

## Power off Vscan and Remove from Ballot Box

1. Press the red button on the back of the Vscan to power it off.
2. When the screen is black, use the yellow key to unlock and undock the screen.
3. Place the screen in pack position, latch it, and use the yellow key to lock the screen in place.
4. Close the Vscan, fasten its latches, and use the purple key to lock it shut.
5. Remove the privacy wings from the ballot box and unplug the surge protector from the wall.
6. Hold the Vscan cord by its plastic sheath to pull the power brick from the Vscan.
7. Place the cords and surge protector in the *Vscan Cords Bag*.
8. Use the black key to unlock the ballot box. Remove the ballots and place them in the *Blue Ballot Bag*.
9. Inside the ballot box, pull the white string forward to release the Vscan from the ballot box.
10. Remove the Vscan* from the ballot box.



Do not yank the cord from the back of the Vscan! Hold it as close to the metal insert as possible and remove gently.



*The Vscan gets taken to the **drop-off location**. Do not put it in the caddy.

## Take Down Ballot Box

1. Pull the floor of the ballot box up and position it behind the gray pouch.
2. Close the ballot box door and use the black key to lock it.
3. Lift the lid of the ballot box and lay it gently against the side of the ballot box.
4. Hook the three rubber bands to the lid to secure the ballot box lid.
5. Push the side panels inward to collapse the ballot box. Push the box shut until it is entirely flat.
6. Latch the four clips on the side of the ballot box.
7. Roll the folded ballot box over until the handles are on the floor and slide the tote over the ballot box.
8. Place the privacy wings in the tote with the ballot box.
9. Place the ballot box totes in the caddy.

## Close Polls on the Access Writer and Print Final Reports

1. On the Access Writer screen, select **Ready for Use**.
2. Together, a Democrat and Republican enter the **Poll Worker Code**.
3. At the top of the screen, select **Menu**.
4. Select **Close Polls**.
5. Together, a Democrat and Republican enter the **Close Polls Code** and press **Accept**. A **Close Polls Report** will print from the tape printer.
6. Tear off the tape and have both the VLM and a PEO of the opposite party sign the tape.
7. Place the report in the *Election Day Reports Bag*.



## Power Down Access Writer and Remove from Booth Table

1. Press the red button on the back of the Access Writer to power it off.
2. When the screen is black, use the yellow key to unlock and undock the screen.
3. Place the screen in pack position, latch it, and use the yellow key to lock the screen in place.
4. Unplug the headphones from the Access Controller and place them in the *Access Station Cords Bag*. Lay the Access Controller flat in the Access Writer.
5. Close the Access Writer, fasten its latches, and use the purple key to lock it shut.
6. Remove the privacy wings and unplug the surge protector from the wall.
7. Unplug the Access Writer cords from the surge protector and hold the Access Writer cord by its plastic sheath to pull the power brick straight from the Access Writer.
8. Place the cords and surge protector in the *Access Station Cords Bag*.
9. Pull the slide under the booth table forward and lift the Access Writer to remove it from the booth table.

## Pack Up Access Printer

1. Remove paper from the printer. The paper goes into the accordion folder which should be left sitting on top of the supply box.
2. Pull out paper tray and push the blue extender on the paper tray in so that it is no longer extended.
3. Place paper tray back into printer.
4. Unplug all cords from the printer and place them in the *Access Station Cords Bag*.
5. Pick up the printer by its side handles and place it into the cardboard box, repositioning the Styrofoam to protect the printer.
6. Fold the box flaps down. The printer should fit perfectly in the box. If it does not, the printer is not placed correctly in the box.

## Dismantle and Pack Booth and Printer Tables

1. Turn the booth table over on the printer table and press metal buttons and pull the front two legs to remove them.
2. Press metal buttons and and pull the u-shaped leg to remove it.
3. Slide the black handle connected to one leg down until the legs collapse together.
4. Wrap the rubber bands around the legs of the booth to secure the legs in place.
5. Flip the printer table over and collapse it.

## Pack the Access Writer Booth Tote

1. Place the booth table into the Access Booth Tote first. Make sure the legs face down so no one will hurt themselves by reaching into the tote.
2. Place the printer table in the booth tote pocket.
3. Put privacy wings in the pocket with the printer table.
4. Put the u-shaped leg into the tote with the legs facing down.
5. Put the front legs into the tote and close the tote flap.
6. Place all Access Station components in the caddy.



**Quick Review Question:**
Does the Vscan go to the drop-off location or should it be placed back in the caddy?
**Hint**: The Vscan goes to the drop-off location. This is too important to leave unanswered.

# Close Polls on the ePBs

## Close Polls on Check-in ePBs at 7:30pm

1. Select on the home page.
2. From the menu, select **DEVICE INFO/LOGOUT**.
3. Select **CLOSE THE ELECTION**.
4. Select **YES** only once you are sure you want to close the polls. Do not do this before 7:30pm.
5. A Democrat PEO enters **Password #1** and a Republican PEO enters **Password #2**.
6. Select **LOCK DEVICE**. Wait while the data synchronizes.
7. Repeat with all check-in ePBs.

Close all check-in ePBs before closing the VAT ePB!

## Close Polls on VAT ePB

1. Select on the home page.
2. From the menu, select **DEVICE INFO/LOGOUT**.
3. Select **CLOSE THE ELECTION**.
4. Select **YES** only once you are sure you want to close the polls. Do not do this before 7:30pm.
5. A Democrat PEO enters **Password #1** and a Republican PEO enters **Password #2**.
6. Select **LOCK DEVICE**. Wait while the data synchronizes.
7. Move on to Ballot Accounting.



**Quick Review Question:**
What time can you start packing things up on Tuesday?
**Hint**: It's the time that the polls close.

# Ballot Accounting and ePB Take-Down

## Let's get started!

1. On the *Device Locked* screen, select **ACCOUNTING**.

## Unused Ballots

1. Look at the stub number for the next unused ballot. If no ballots were issued, enter **1**.
2. Select **DONE**.
3. Repeat this for all boxes. Verify that you are entering the correct information for each ballot style.
4. Select **NEXT STEP**.

## Other Ballots

1. Retrieve all **Provisional Ballot Affirmation Envelopes** and unscanned envelopes from the *Provisional and Unscanned Ballot Bag*. You will have to break the bag's seal to get these.
2. Retrieve all voided ballots from the *Void Ballot Envelope*.
3. On the ePB screen, select **Provisional Envelopes** and enter the total number of **Provisional Ballot Affirmation Envelopes** for each precinct. You can find the precinct number at the top right of the affirmation envelope!
4. Select **DONE**.
5. Select **Void Ballots** and enter the total number for each precinct.
6. Select **DONE**.
7. Select **Unscanned Ballots** and enter the total number for each precinct.
8. Select **DONE**.
9. Select **NEXT STEP**.

## Scanner Totals

1. Select **Vscan #1** and enter the total voted ballots from one **Close Polls Report**. On the report, find the total value found under **Precinct Ballot Count** and enter it for **Vscan #1**.
2. Select **ENTER**.
3. Repeat this process for all Vscans, using a different **Close Polls Report** for each one.
4. Select **NEXT STEP**.

## Ballot Reconcile

1. Select **VLM & VLD SIGNATURES** when the totals balance.
   a. If the totals do not balance, you can go through the Ballot Accounting steps once more, but never more than once. Discrepancies are handled at the Board. Simply write your best guess in the *General Notes*.
2. VLM enters their name and select **CONTINUE**. Sign by the **X** and select **ACCEPT**.
3. Select **ADD ANOTHER SIGNATURE**.
4. VLD enters their name and select **CONTINUE**. Sign by the **X** and select **ACCEPT**.
5. Select **SUBMIT**. Select **YES** once you are done.

## Take Down ePBs

1. Swipe up on every ePB to go to the home page.
2. Hold the ePB power button (left side corner) AND volume button (top left corner) at the same time until *slide to power off* displays.
3. Swipe the screen from left to right and unplug the ePB.
4. Power down the router and unplug it.
5. Unplug the printer.
6. Pack up all ePBs and accessories in the red ePB case.
7. Bring all packed ePB cases to the drop-off location.

# Packing Up Materials

## What's in each bag/case?

At the end of the night, here's what should be located in the *Blue Ballot Bag*, *Red ePB Case*, and *Provisional and Unscanned Ballot Bag*:

*Blue Ballot Bag*

- Voted ballots
- *Red Voided Envelope* with voided ballots inside
- *Voted on Access Writer Bag*
- *Election Day Reports Bag*
- Unused ballots
- *Ballot Stubs Bag*
- *Find Voters List*
- Keys

goes to drop-off location!

*Red ePB Case*

- ePBs with power cords
- Printer
- Surge protectors
- Router
- Styli
- Extra paper rolls

goes to drop-off location!

*Provisional and Unscanned Ballot Bag*

- Unscanned envelopes with ballots inside
- *Provisional Ballot Affirmation Envelopes* with ballots inside

goes to drop-off location!

## Before going to the drop-off location, seal the materials!

1. Seal up each *Blue Ballot Bag* with zip tie from the bag's zippered end compartment.
2. Seal the *Red ePB Case* with the zip tie found in the case.
3. Seal the *Provisional and Unscanned Ballot Bag* with the zip tie from inside the bag.

don't forget the Vscan goes to the drop-off location, too!

The *Red ePB Case*, white Vscan, *Blue Ballot Bag*, and blue *Provisional and Unscanned Ballot Bag* all go to the drop off location by 9 pm on Election Night.

The VLM and VLD **must drive together, in the same car**, to the drop-off location by 9pm on Election Night with the above materials. At the drop-off location, you will sign in and receive a receipt. Keep the receipt. Let the Help Desk know if you will be late.

## Everything else goes in the caddy

1. Put the *Forms Binder* in the supply box.
2. Put all flags, signs, and wires in the caddy.
3. Make sure you place the Access Writer in the caddy, too.
4. Lock the caddy when everything is packed inside, and leave the dismantled voting booths near the caddy.




final caddy

to drop-off location

## Election Day is done!

Thank you for all that you do. We can't wait to see you for the next election!



# ePB Check-in Buttons

## Understanding the ePB Colors:

There are three colored buttons on the ePB home screen to choose from when checking a voter in: Green, Yellow and Red. It is extremely important that the right button is chosen when checking in every voter.




## What Button to Press:




### Press the Green Button if:

- Voter presents a valid, unexpired photo ID.
- Photo ID has a scannable barcode.
  - *Ohio Driver License*
  - *Ohio State ID*

Make sure to check for every photo ID's expiration date!

Go to *page 22* for next steps on processing a regular voter.




### Press the Yellow Button if:

- Voter presents a valid, unexpired photo ID that does not scan.
- Voter provides other valid photo ID that has no scannable barcode.
  - *Ohio Driver License/State ID*
  - *Ohio Interim Documentation*
  - *U.S. Passport or Passport Card*
  - *Military /Ohio National Guard/U.S. Veterans ID*

Check out *page 24* for the next steps of a Manual Voter Search.

If you cannot find a voter after using all three Manual Voter Searches and their address is in your precinct, send them to the VAT!




### Press the Red Button if:

- Voter presents an expired photo ID.
- Voter presents any other kind of unacceptable identification.
- Voter does not present any photo identification.

***Pressing this button requires the voter to vote provisionally, send to VAT.**

Go to *page 21* for list of unacceptable IDs.

# Index

## Important Terms and Phrases:

Equipment Set up: *pages 11-14*

- How to set up the Vscan, Access Writer & Printer, and ePollBooks

Observers: *pages 2-4*

- What are Observers, Certificate of Appointment of Observer, Observer Oath, what observers can and cannot do, removing observers

Media: *page 2*

- Credentialed media, broadcasting and filming rules, what to do about interview requests

Curbside Voting: *page 20*

- What to do with a curbside voter, Curbside Voter signs, see *Comprehensive Manual* (*section 6, page 22*) for step-by-step instructions on procedure

11/4 Voted Lists: *page 25*

- What times to print Voted Lists, how to print Voted Lists, where to put Voted Lists

Provisional Voters: *pages 21-22, 25-28*

- Who must vote provisionally, what are Provisional Voters, how to process Provisional Voters, what to say to Provisional Voters, issuing a Provisional Ballot, Provisional Ballot Affirmation Envelope, see *Provisional Voting Booklet* for more detailed instructions on Provisional Voters

ePB Blue Box Messages: page 26

- Message about phrases you are required to say to voters when processing them, see *Provisional Voting Booklet* for more details

Equipment Tear down: *pages 31-34*

- How to close polls, print final reports, power and take down Vscan, take down Blue Ballot Box, power and take down Acces Writer and printer

Ballot Accounting: *pages 36-37*

- Step-by-step guide on how to conduct Ballot Accounting on the VAT ePB

Red, White, & Blue: *pages 38-39*

- What gets taken to precinct specific drop-off locations, *Red ePB Case*, white Vscan, *Blue Ballot Bag* & blue *Provisional and Unscanned Ballot Bag*

# Troubleshooting Tips

## When in doubt, call the Help Desk.

The only stupid questions are those not asked. If you struggle with anything on Election Day, we want to help you and resolve the issue as quickly and as efficiently as possible. Here are some common issues we see on Election Day, and ways to resolve them:

## Router issues:

**ePB won't connect to router**
See sheet located in *Red ePB Case*. Call Help Desk if problem persists.

**Router shows few bars**
Move the router to a spot in the room with more bars. Call Help Desk if the problem persists.

**No wifi signal**
Power on the router.

## ePB issues:

**All voters are flagged, "Wrong Location" in ePB**
Send voters to another ePB and call the Help Desk.

**The ePB isn't charging**
Make sure the power cord is inserted correctly. Unplug and replug it. Continue to process voters.

**ePB prompts you to update IOS**
Select **Cancel** and continue to process voters.

**ePB app unexpectedly closes**
Reopen ePB app and log in again. Continue to process voters. If problem persists, call the Help Desk.

**ePB screen freezes**
Press power button to make ePB screen black. Open ePB app and press **START** to log in again.

**ePB Screen goes black**
Tap screen and swipe up to unlock screen and continue processing voters.

**Voter needs a replacement ballot but ePB displays, "No Voters Found"**
Send the voter to their original check-in ePB. Call the Help Desk and continue to process voters as the troubleshooter comes to your location.

## ePB Printer issues:

**Make sure...**

- The power button is pressed down.
- There is a solid blue light on the printer.
- The printer icon on the VAT ePB is green.
  - The printer's top cover should be closed.
  - The printer paper should be slightly sticking out. Make sure to feed the paper correctly, and retry if there are issues.

## Vscan issues:

**Ballot won't scan**

- Ask the voter to read the screen to you so that you can assist.
- Remember that the Vscan will reject an unvoted or over-voted ballot on the first try. The voter must select **Cast ballot as is** to cast an unvoted or over-voted ballot.
  - If the ballot is over-voted, ask the voter if they wish to cast it as is or get a replacement ballot.
  - If unvoted, ask the voter if they wish to cast an unvoted ballot.
- If the ballot is damaged, this could also cause the Vscan to reject it.

Call the Help Desk if a Vscan continues to malfunction.

**Continue to process voters** even as a Vscan malfunctions. If there are multiple Vscans, instruct voters to use working Vscans. For a single precinct, do the following:

1. Give voter the correct precinct unscanned envelope for their ballot.
2. The voter seals their completed ballot in the unscanned envelope and places the unscanned envelope in the *Provisional and Unscanned Ballot Bag*.

Unscanned ballots are counted at the Board.

**Do not place voided ballots in unscanned envelopes**.

## Access Station issues:

**Access Writer screen says *Printer Error***

- Verify that the printer shows a green light on the power button.
  - If not, make sure the power cable is secured in the surge protector and in the back of the printer.
  - If there is power, check that the printer cable connecting the printer to the Access Writer is secure.
- Check that the ballot paper is loaded in the paper tray.

If the error continues, unplug the printer from the Access Writer, wait 15 seconds, and the replug it. If issue is not solved, call the Help Desk.

**No sound in headphones**

- Make sure headphones are plugged into access controller.
- Rotate black wheel on access controller from left to right to initiate audio.

# Practice Worksheet

## Crossword Puzzle




### Across

2. vowel + (abbr. of a famous sandwich -jelly) or an extremely important election tool.
6. storage container used to secure election equipment.
7. something voters stand in.
8. large vessel to hold liquids or equipment that provides assistance for non-regular voters (abbr.).
12. if a voter presents an expired ID, they most vote this way.
13. in slang means proof of evidence (you might need them when opening and closing the polls).
15. excess of something, usually a liquid or what one of the bags might be called during a large election.
17. you aren't getting into anything without these.
18. comes before famous Addams family member (elections are famous for it).
20. avoid responsibilities (please don't do this)!
21. number of weeks it takes for paychecks to be sent in the mail after an election.
22. its state animal is the white-tailed deer.
25. person nominated for an election.
27. what your feet might do at the end of election day.
30. when in doubt, they will be sent to help.
32. a solemn promise (you sign it when clocking-in).
33. ________ sticker (only worn on election day).
34. what you might do to your toe or the part of a ballot that needs to be removed after it's been scanned.

# Practice Worksheet

## Crossword Puzzle

**Down**

1. important step with zip ties when closing the polls or famous one-named British singer who likes roses.
3. someone you might want to speak to when things go awry.
4. what we would like to say to everyone working the polls!
5. Military rank or type of election typically seen in the fall.
9. assembled to give voters privacy, or the other half of the TV character duo with Bones.
10. award-winning 2015 musical about a founding father.
11. a man's name or what you do to a ballot.
14. the area along the edge of a street, or an accessible way to vote!
16. roman numeral C or approximate distance in feet flags should be placed from the entrance of polling locations.
19. type of golf club or possible job of worker at the end of election night.
23. what you need to show in order to vote (abbr.).
24. you could get a call from this place on election day and might be feeling it, reportedly.
26. person who works the polls (abbr.).
28. instead of using a finger you'll use this when touching certain screens.
29. what you do if a voter abandons their ballot.
30. carry something around (or a black fabric bag used to hold the ballot box).
31. there's no place like it, also a button you press found on a piece of election equipment.




## Crossword Puzzle Answers

| Down | Across |
|---|---|
| 1. Seal | 2. ePB |
| 3. Manager | 6. Caddy |
| 4. ThankYou | 7. Line |
| 5. General | 8. VAT |
| 9. Booth | 12. Provisionally |
| 10. Hamilton | 13.Receipts |
| 11. Mark | 15. Overflow |
| 14. Curbside | 17. Keys |
| 16. OneHundred | 18. Tuesday |
| 19. Driver | 20. Shirk |
| 23. ID | 21. Four |
| 24. Board | 22. Ohio |
| 26. PEO | 25. Candidate |
| 28. Stylus | 27. Ache |
| 29. Void | 30. Troubleshooter |
| 30. Tote | 32. Oath |
| 31. Home | 33. IVoted |
| | 34. Stub |

# Practice Worksheet

## Word Search

| | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| L | U | I | W | W | F | K | S | V | S | J | X | K | J | Z | V | W | U | K | A | D | S | R | F | B |
| R | E | D | W | H | I | T | E | A | N | D | B | L | U | E | B | Y | P | D | N | O | D | P | V | G |
| F | O | R | M | S | B | I | N | D | E | R | R | G | C | N | Q | S | V | O | I | I | Y | I | R | L |
| T | N | I | H | E | L | P | D | E | S | K | J | U | L | P | F | Z | I | H | Y | R | E | O | O | T |
| C | E | D | D | I | E | T | H | E | E | A | G | L | E | E | X | T | O | L | A | J | K | C | H | V |
| A | W | N | U | I | W | M | B | A | W | S | U | H | A | Y | A | Q | E | B | M | K | R | V | O | O |
| C | J | U | O | J | S | G | T | F | Q | M | M | C | T | C | P | U | X | S | E | Y | P | D | C | T |
| C | V | V | L | Z | V | Q | I | W | J | Y | P | Q | I | Y | P | C | E | Q | R | F | J | K | W | V |
| E | X | Z | Z | A | L | G | I | P | B | E | B | F | A | P | J | J | L | M | I | D | V | T | A | T |
| S | T | V | H | Z | A | A | V | B | E | M | I | C | Z | Y | X | J | E | D | C | L | S | P | A | R |
| S | B | U | Q | X | R | A | R | D | K | T | N | O | G | G | B | E | C | B | A | M | S | Q | F | O |
| P | Y | P | V | A | L | E | I | T | N | P | U | O | A | J | T | O | T | A | N | B | X | P | D | U |
| R | W | E | P | Z | Q | U | L | E | U | W | R | B | R | M | O | T | I | L | F | U | P | F | H | B |
| I | G | S | J | K | G | A | D | A | G | E | S | E | Y | B | E | P | O | L | L | B | O | O | K | L |
| N | C | E | N | K | T | I | M | H | N | B | N | R | K | T | S | Y | N | O | A | R | O | I | C | E |
| T | R | D | C | X | O | N | A | X | U | O | J | N | A | R | E | N | P | T | G | J | X | Z | Q | S |
| E | E | I | G | T | U | F | O | T | K | W | I | G | G | U | O | C | O | B | Z | A | O | Q | Y | H |
| R | U | R | O | J | W | Z | S | T | Q | O | W | S | I | I | P | W | Z | O | M | V | Z | E | W | O |
| Q | I | H | M | L | H | T | L | U | L | Y | X | R | I | G | A | E | L | X | Z | X | K | F | B | O |
| W | P | I | M | C | O | S | O | G | S | I | A | K | E | V | L | P | D | L | E | V | Y | A | R | T |
| J | G | K | J | L | H | N | U | D | F | I | M | M | Z | V | O | U | M | U | O | E | L | P | H | E |
| E | D | I | L | V | E | E | N | O | T | S | R | A | N | F | R | R | W | A | E | P | D | D | Y | R |
| K | F | A | F | Q | M | A | S | M | S | Q | D | R | H | C | O | S | P | T | C | V | P | F | K | L |
| P | B | U | N | I | V | O | T | E | D | S | T | I | C | K | E | R | M | V | J | O | C | I | Y | P |
| V | L | F | Y | Q | I | T | B | G | L | C | F | R | W | Y | G | T | X | J | B | T | I | Q | K | B |

Access Printer
American Flag
Ballot Box
Ballot Stubs Bag
Campaign Neutral Zone
Eddie the Eagle
Election
ePollBook
Forms binder
Hamilton
Help Desk
IVotedSticker
Keys
Ohio
Photo Identification
PollWorker
Provisional
Quick Guide
Red White and Blue
Troubleshooter
Void

# Practice Worksheet

## Connect the Dots




## Quick Review Answers:

pg. 8 - Monday night meetings starts at 6:30 pm, not before
pg. 12 - black
pg. 14 - No
pg. 16 - Polls open at 6:30 am
pg. 17 - VLM and a PEO of the opposite party
pg. 18 - No
pg. 19 - Anyone can use the Access Station
pg. 25 - Help Desk
pg. 29 - No
pg. 34 - The Vscan goes to the drop-off location
pg. 35 - Polls close at 7:30 pm. Do not pack up the polling place until all voters have left.

**Notes:**

**Notes:**