# AFFIDAVIT OF WILLIAM D. RICH

Summit County
/ss
State of Ohio

I, William D. Rich, being first duly sworn and cautioned according to law, hereby state that I am over the age of eighteen years and am competent to testify as to the facts set forth below based on my personal knowledge, further state as follows:

1. I currently serve as the Chairman of the Summit County Board of Elections in Summit County, Ohio. I have held that position continuously since March of 2016.

2. I also serve as a Trustee of the Ohio Association of Election Officials, which is a bipartisan organization representing Ohio's county Boards of Elections and their staff, with the mission to promote fair, accurate, and reliable elections through the education of its members, to advocate for sound election policies, and to communicate accurate information regarding election administration.

3. I am also a Professor Emeritus at the University of Akron School of Law, where I previously served as an Associate Professor of Law. In that position, I teach a course in election law, which includes substantial content on the law and practices of Ohio election administration.

4. As a member of the Summit County Board of Elections, I share the responsibility to prepare for and run local, state, and federal elections within Summit County. Among many other responsibilities, the Board supervises the processing of voter registrations and canvasses, certifies, reports, and audits election results. The Board is also responsible for issuing, securing, verifying, and either counting or rejecting every provisional ballot cast in an election.

5. I am very well familiar with Ohio election procedures and practices, in Summit County and statewide.

6. For at least as long as I have served as a member of the Summit County Board of Elections, it has been the practice—in Summit County and, to the best of my knowledge and experience, statewide—that when a registered Ohio voter moves from one Ohio county to another and does not update their voter registration address, they may cast a provisional ballot at their polling place on Election Day. If otherwise valid, that provisional ballot would then be counted.

7. It has never been the practice, in Summit County or elsewhere, to require voters to travel to the Board of Elections headquarters in order to vote under these circumstances.

8. Poll workers are trained accordingly.

**Exhibit 4**

FURTHER AFFIANT SAYETH NAUGHT

William Douglas Rich

William D. Rich William Douglas Rich

Sworn to and subscribed before me this 22th th day of November, 2026.

State of Texas

County of Dallas

Dina Lee Alvarado

Notary Public

NOTARY PUBLIC STATE OF TEXAS

Dina Lee Alvarado

ID NUMBER
124414035
COMMISSION EXPIRES
December 15, 2029

Electronically signed and notarized online using the Proof platform.