# AFFIDAVIT OF JASMYNE MOORE

Franklin County
/ss
State of Ohio

I, Jasmyne Moore, being first duly sworn and cautioned according to law, hereby state that I am over the age of eighteen years and am competent to testify as to the facts set forth below based on my personal knowledge, further state as follows:

1. I am the Voter Access Director with Ohio Wins, which is a program of the Ohio Democratic Party that is dedicated to electing party nominees to state and federal office.

2. As part of my role, I executed a statewide voter protection program and I worked with people across the state to keep track of the activity of the county Boards of Elections that concerned ballots, voter access, and voter registration. It is my responsibility to flag any issue from a county Board of Elections that implicates voter protection.

3. I became aware that several county Boards of Elections received a letter from a law firm urging the Board to not count a specific category of provisional ballots.

4. Those at-issue provisional ballots were cast by voters who moved between Ohio counties prior to Election Day but had not updated their voter registration addresses by the time they went to vote on Election Day. It is my understanding that these provisional ballots were cast in the precinct of the voters' new residences, that these provisional ballots are otherwise valid, and that election workers did not instruct these voters to cast their provisional ballot at the board office nor that their vote would not count if cast at the polling location.

5. In the week of November 16, 2026, I monitored the activities of the county Boards of Elections while each decided on the validity of provisional ballots.

6. There are 740 provisional ballots at-issue in Hamilton County. On November 20, 2026, following a letter from the Secretary of State which stated that voting 2-2 on provisional ballots resulted in rejection of the ballots, the Board voted 2-2 on the 740 provisional ballots at-issue.

7. In the November 3, 2026 General Election, I am aware of no county Board, other than Hamilton, that rejected similar provisional ballots as described above, and based on my role, I almost certainly would have heard about such actions by other counties if it was taken.



**Exhibit 5**

FURTHER AFFIANT SAYETH NAUGHT

JMoore Jasmyne Moore

Jasmyne Moore

Sworn to and subscribed before me this 23rd day of November, 2026.

NOTARY PUBLIC • STATE OF FLORIDA
ARISLEYDIS RODRIGUEZ
Notary Public - State of Florida
Commission # HH752922
Expires on January 6, 2030

11/23/2026

Miami-Dade County
State of Florida

Notary Public Arisleydis Rodriguez

Notarized remotely online using communication technology via Proof.