# AFFIDAVIT OF KATHLEEN CLYDE

Franklin County
/ss
State of Ohio

I, Kathleen Clyde, being first duly sworn and cautioned according to law, hereby state that I am over the age of eighteen years and am competent to testify as to the facts set forth below based on my personal knowledge, further state as follows:

1. I am the chair of the Ohio Democratic Party ("ODP").
2. ODP is a political party organization dedicated to electing Democratic Party candidates to public office throughout the State of Ohio, from the statehouse to local communities. It is one of the two major political parties in the State of Ohio.
3. There are 740 provisional ballots at issue in Hamilton County. Those at-issue provisional ballots were cast by voters who moved between Ohio counties prior to Election Day but had not updated their voter registration addresses by the time they went to vote on Election Day. It is my understanding that these provisional ballots were cast in the precinct of the voters' new residences, that these provisional ballots are otherwise valid, and that election workers did not instruct these voters to cast their provisional ballot at the board office nor that their vote would not count if cast at the polling location.
4. The unofficial results in the November 3, 2026 General Election show that ODP's nominated candidates for the United States Senate and Ohio Governor won a majority of the votes in Hamilton County.
5. It is all but certain that many of the provisional ballots at issue were cast by members of ODP.
6. It is all but certain that members of ODP face disenfranchisement in Hamilton County.
7. The members of ODP, and ODP itself, faces injury if the provisional ballots at issue are not counted.



**Exhibit 9**

FURTHER AFFIANT SAYETH NAUGHT

Kathleen Clyde

Kathleen Clyde, Chairwoman
Ohio Democratic Party

Sworn to and subscribed before me this 23rd day of November, 2026.

Sharona White

Notary Public

State of Texas
County of Collin

This instrument was acknowledged before me by means of an interactive two-way audio and video communication on 11/23/2026 by Kathleen Clyde.

NOTARY PUBLIC
STATE OF TEXAS

Sharona White

ID NUMBER
132729715
COMMISSION EXPIRES
December 9, 2028

Electronically signed and notarized online using the Proof platform.