# AFFIDAVIT OF JONATHAN BRADNER

Travis
UA ~~Hamilton~~ XXXXXXX County

UA /ss

State of ~~Ohio~~ XXXX Texas

I, Jonathan Bradner, being first duly sworn and cautioned according to law, hereby state that I am over the age of eighteen years and am competent to testify as to the facts set forth below based on my personal knowledge, further state as follows:

1. I am one of the Plaintiffs in the instant action. I am a candidate for election to the Ohio House of Representatives for House District 29 at the November 3, 2026 General Election. I am a registered elector in Hamilton County, and my address is 6631 Cheviot Road, Cincinnati Ohio, 45247.

2. I have read the Verified Complaint. The facts of the Verified Complaint are true to my personal knowledge.

3. According to the unofficial results reported by the Hamilton County Board of Elections following the November 3, 2026 general election, I trailed Cindy Abrams by 19 votes in the Ohio House District 29 race. There are 740 provisional ballots at issue across Hamilton County. Those at-issue provisional ballots were cast by voters who moved between Ohio counties prior to Election Day but had not updated their voter registration addresses by the time they went to vote on Election Day. It is my understanding that these provisional ballots were cast in the precinct of the voters' new residences, that these provisional ballots are otherwise valid, and that election workers did not instruct these voters to cast their provisional ballot at the board office nor that their vote would not count if cast at the polling location.

4. It is my understanding that election officials at the Board office received provisional ballots from voters who had moved into Hamilton County from another Ohio county without updating their registrations and allowed those voters to complete the provisional voting process there.

5. It is my understanding that election officials at the voters' assigned local polling places likewise received provisional ballots on Election Day from voters who had moved into Hamilton County from another Ohio county without updating their registrations and allowed those voters to complete the provisional voting process there without directing them to the Board office.

6. It is my understanding that on November 17, 2026, the Board voted 2-2 on the motion to reject the counting of the 740 provisional ballots at issue. Following that vote, the Board asked the Secretary of State to break the tie.

**Exhibit 10**

7. It is my understanding that on November 20th, in an electronic mail response to the Board's request, the Secretary concluded that the disagreement was not a proper matter for his office to review as a tie vote and therefore did not issue a substantive decision. The Secretary further stated that because only two, not three, members of the Board supported counting the 740 provisional ballots at issue, the ballots should not be counted.

8. I attended the emergency meeting at the Hamilton County Board of Elections on November 20, 2026.

9. A video of the November 20, 2026 Hamilton County Board of Elections meeting is available here: https://www.icrctv.com/community/hamilton-county-board-elections.

10. Chairman of the Board Alex Linser made comments at the meeting to support his position on the record, stating: "Every other county that has addressed this issue has voted in favor of counting these ballots, and I am not comfortable with Hamilton County being on an island in this situation. Throughout my memory as an election official in the State of Ohio, we have always counted ballots in this situation, and that matters because the voters understand that precedent and the communications that have been made to voters is that that is a valid way for them to cast a ballot, so people came to the polls with the understanding that their vote would count if they voted this way, and their understanding was based on the published guidance from Boards of Elections and the Secretary of State, and the established practice over the years."

11. Following the comments of Chairman Linser, the Board voted 2-2 on the question of counting the Hamilton Disputed Ballots. Board Member Alex Triantafilou stated that under the guidance of the Secretary of State, because three members of the Board do not agree to count the ballots, they should not be counted.

12. At the conclusion of the meeting, the Board scheduled the certification of the election for 10 am on Tuesday, November 24, 2026.

13. It is my understanding that no affected voter has been notified that his or her ballot will not be counted, and none has been offered an opportunity to cure.

14. I have a strong belief that when eligible, registered voters seek to exercise the right to vote and follow all directions from election officials to cast a provisional ballot, those ballots should count. Rejecting those ballots solely because the voters followed those instructions would disenfranchise them.

15. As a candidate for Ohio House District 29, I have a strong interest in a fair process and accurate result. If the 740 provisional ballots at issue are not counted, the election will not be based on a fair process. It is my understanding that these provisional ballots were cast by voters who moved between Ohio counties prior to Election Day but had not updated their voter registration addresses by the time they went to vote on Election Day, were cast in the precinct of the voters' new residences, that these provisional ballots are otherwise valid, and that election workers did not instruct these voters to cast their provisional ballot

at the board office nor that their vote would not count if cast at the polling location. Failure to count these ballots would be unfair and lead to inaccurate results that do not reflect the will of the voters.

16. I face immediate harm due to the Board's decision to reject the 740 provisional ballots. If those ballots are not counted, I risk losing my election. I currently have 19 fewer votes than my opponent. The 740 disputed ballots do not fall entirely in my district, but the disputed ballots may well include enough from my district to affect the current vote differential.

FURTHER AFFIANT SAYETH NAUGHT

Jonathan Ray Bradner 11/23/2026

Jonathan Bradner

Sworn to and subscribed before me this 23rd day of November, 2026.

Notary Public

NOTARY PUBLIC STATE OF TEXAS

Uchechukwu Amaefule

ID NUMBER
131932337
COMMISSION EXPIRES
March 15, 2027



Electronically signed and notarized online using the Proof platform.